UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **UNDER SEAL** |
| | : | |
| v. | : | Case: 1:25-mj-00197 |
| **RICHARD PAVEL III,** | : | Assigned To: Judge Harvey, G. Michael |
| | : | Assign. Date: 9/2/2025 |
| Defendant. | : | Description: COMPLAINT W/ARREST WARRANT |
| | : | |

**AFFIDAVIT IN SUPPORT OF A**
**CRIMINAL COMPLAINT & ARREST WARRANT**

I, Tonya Sturgill Griffith, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION**

1. I submit this affidavit in support of a criminal complaint charging RICHARD PAVEL III (hereafter, "PAVEL") with distribution of child pornography, in violation of 18 U.S.C. § § 2252(a)(2) and (b)(1). Specifically, on or about June 5, 2025, PAVEL knowingly distributed child pornography via the messaging application Telegram to a subject located in the District of Columbia.

2. Unless otherwise noted, wherever in this affidavit I assert that a statement was made, that statement is described in substance and is not intended to be a verbatim recitation of such statement. Wherever in this affidavit I quote statements, those quotations have been taken from draft transcripts, which are subject to further revision.

3. Unless otherwise stated, the conclusions and beliefs I express in this affidavit are based on my training, experience, and knowledge of the investigation, and reasonable inferences I've drawn from my training, experience, and knowledge of the investigation.

1

**AFFIANT BACKGROUND**

4. I have been employed as a Special Agent with the FBI since February 2002. Since July 2010, I have been assigned to the Washington Field Office Child Exploitation and Human Trafficking Task Force and investigate violations involving child pornography, the sexual exploitation of children and related offenses. Through my training and experience, as well as through conversations with various law enforcement personnel, I have become familiar with the methods of operation used by people who commit offenses involving the sexual exploitation of children. In addition, I am certified as a Digital Evidence Extraction Technician (DExT) within the FBI. As a DExT, I am trained and authorized to conduct forensic examinations of digital evidence. This work includes the preservation and analysis of various forms of digital media, including cellular devices, smartphones, and computers. As such, I am an "investigative or law enforcement officer" of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Section 2516 of Title 18, United States Code.

5. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, witnesses, and agencies. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant. It does not set forth all of my knowledge, or the knowledge of others, about this matter.

6. Based on my training and experience and the facts as set forth in this affidavit, I respectfully submit that there is probable cause to believe that violations of 18 U.S.C. § 2252(a)(2) and (b)(1) (receipt or distribution of child pornography) (hereafter, the "TARGET OFFENSE") have been committed by RICHARD PAVEL III and others known and unknown.

2

**PROBABLE CAUSE**

A.   **Investigation and Arrest of SUBJECT 1**

7.       In July of 2025, in search warrant case number 25-sw-185, United States Magistrate Judge Michael G. Harvey of the United States District Court for the District of Columbia issued a warrant authorizing the search of a residence in Washington, DC. The warrant concerned violations of the TARGET OFFENSE committed by the occupant of the residence ("SUBJECT 1"). During the execution of the search warrant, which also authorized the search of digital devices contained within the residence, law enforcement discovered an unlocked laptop computer which contained several conversations between SUBJECT 1 and other individuals regarding the distribution and/or receipt of child pornography. Some of these conversations utilized the Telegram Messenger application[1] and the Signal Messenger application ("Signal").[2] That same day, SUBJECT 1 was arrested pursuant to an arrest warrant and criminal complaint.

---

[1] Telegram is an internet-based messaging and social-media application for smartphones, tablets, and computers. Users can transmit messages, photos, videos, and other types of files with one another. Users can also create and participate in "groups," which allow up to 200,000 users to exchange messages and files, including photos and videos. Telegram uses encryption properties to foster privacy and security in messaging. Because Telegram uses technological means to deliberately conceal the jurisdiction where its information is located, law enforcement has no means of preserving the contents of Telegram accounts or securing the content of Telegram accounts through search warrants or other legal process.

[2] Signal is a free, privacy-focused messaging application based in San Francisco, California that uses end-to-end encryption to secure communication. Signal can be used via mobile devices or computers. Signal users can send text messages, images, videos and engage in phone or video chats with other users or groups of users. To create a Signal account, users need only a phone number for verification, and users can choose to use a username for communication rather than listing their phone number https://signal.org (last visited July 18, 2025).

SUBJECT 1's cellular phone was located on his person and seized by the FBI, as authorized by the warrant.

### B. Telegram and SMS Text messages between SUBJECT 1 and PAVEL

8.  One individual was listed as a contact in SUBJECT 1's phone as "RJ Pavel" (hereinafter, "PAVEL") with telephone number 443-223-XXXX. As described below, this individual was subsequently identified by law enforcement as Richard PAVEL III. In a SMS text chat dated June 5, 2025, SUBJECT 1 and PAVEL are discussing plans for the day. SUBJECT 1 indicated that he had "2 bate sessions"[3] and told PAVEL, "If you were into taboo stuff, you could join me, but you already said it's past your limit." PAVEL replied, "how taboo," immediately followed by two additional texts: "i don't remember saying anything was past my limit, but also even if its not for me, it doesn't phase me" and "and i don't judge." SUBJECT 1 then asked PAVEL "What's your tele? I don't remember." Within the same SMS text chain, PAVEL responded with "just messaged you" at 7:21 a.m., Eastern Daylight Time.

9.  A review of Telegram messages found on SUBJECT 1's computer located a message sent at approximately the same time as the above-referenced 7:21 a.m. text message, from a Telegram user with display name "R" who identified himself via message as "Rj." In response to the Telegram message, SUBJECT 1 stated that he was "watching taboo porn" and used the phrases "incest" and "young." PAVEL replied, "toddlers or too young to be consensual, not into, but dont mind it on."

10. That same day, on June 5, 2025, still utilizing Telegram, SUBJECT 1 and PAVEL then discussed PAVEL coming to SUBJECT 1's residence. SUBJECT 1 provided his address in Washington, D.C. After a brief conversation about the logistics of PAVEL's trip,

---

[3] Based on training and experience, your affiant believes this is a reference to masturbation sessions.

PAVEL messaged SUBJECT 1 that he expected to arrive at SUBJECT 1's residence at 8:15am. The next message is sent at approximately 10:16am, when PAVEL sent SUBJECT 1 as series of videos utilizing Telegram which depict the following.

11. Descriptions of the videos sent by PAVEL include:

a. A pubescent boy who appears to be a minor year of age standing blindfolded with his arms tied above his head. The boy's pants are pulled down and a hand is seen masturbating the boy's penis until he ejaculates.

b. Two prepubescent boys are laying on a bed kissing. The camera pans down to show both boys have their pants pulled down and both boys begin to masturbate themselves.

c. A series of several videos which each appear to depict the same two pubescent boys who appear to be minors. In each of the videos, one of the boys places the other boy's penis in his mouth.

12. When sending the last video of the series described in paragraph 11(c) above, PAVEL included the message, "God I wanna cum in this kids face so badly".

**C.     Identification of RICHARD PAVEL**

13. As noted above, the contact saved in SUBJECT 1's phone as "RJ Pavel" was associated with telephone number 443-223-XXXX, which was used during the June 5, 2025, SMS text exchange between PAVEL and SUBJECT 1 described above. Open source data base checks for telephone number 443-223-XXXX indicate the phone is registered to Richard J. Pavel, XXXX Meghan Court, Crofton, Maryland 21114.

14. On or about July 11, 2025, an administrative subpoena was sent to Verizon regarding telephone number 443-223-XXXX. On or about August 11, 2025, Verizon responded and provided subscriber information as Richard J Pavel, 2107 Meghan Ct, Crofton, MD 21114.

The response also lists a separate home telephone number associated with the account. Open source data base checks for that phone number indicate the phone number is a landline associated with PAVEL's parents at XXXX Meghan Ct, Crofton, MD 21114.

15. ███████████████████████████████████████████

## CONCLUSION

21.  For the reasons set forth above, I submit that probable cause exists to believe that on June 5, 2025, RICHARD PAVEL III knowingly distributed child pornography to a subject located in the District of Columbia. I respectfully request that a criminal complaint be issued for PAVEL.

Respectfully submitted,

*Tonya Sturgill Griffith*

Tonya Sturgill Griffith, Special Agent
Federal Bureau of Investigation

Respectfully submitted and attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 and 41(d)(3) via telephone on September 2, 2025.

_____
The Honorable G. Michael Harvey
United States Magistrate Judge

6