## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | :    Case No. 25-cr-277 |
| **v.** | : |
| | : |
| **RICHARD PAVEL III,** | : |
| | : |
| **Defendant.** | : |

## NOTICE OF FILING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully gives notice that undersigned counsel for the government has provided counsel for the defendant initial discovery, as outlined in the enclosed discovery letter, dated September 19, 2025.

        Respectfully submitted,

        JEANINE FERRIS PIRRO
        UNITED STATES ATTORNEY

By:  */s/ Rachel Bohlen*
      Rachel Bohlen
      DC Bar No. 1010981
      Assistant United States Attorney
      601 D St NW
      Washington, DC 20530
      (202) 809-3575
      rachel.bohlen@usdoj.gov



U.S. Department of Justice
Jeanine Ferris Pirro
United States Attorney
*District of Columbia*

*Patrick Henry Building*
*601 D St., N.W.*
*Washington, D.C.  20530*

September 19, 2025

**VIA USAFX**

Michael E. Lawlor, Esq.
Adam Demetriou, Esq.

    Re:    Discovery Production Letter No. 1
                  *United States v. Richard Pavel*, 25-cr-277

Dear Counsel:

I am writing to memorialize the production of the following material in discovery.

On September 12, 2025, the following items were delivered via USAFX:

- 25-sw-252 Search warrant
- Redacted Telegram conversations between Mr. Pavel and S-1
- Mr. Pavel's recorded interview

On September 19, 2025, the following items were delivered on USAFX:

- 305I-WF-4110338_0000001.pdf
- 305I-WF-4110338_0000003.pdf
- 305I-WF-4110338_0000003_1A0000003_0000002.pdf
- 305I-WF-4110338_0000004.pdf
- 305I-WF-4110338_0000005.pdf
- 305I-WF-4110338_0000006.pdf
- 305I-WF-4110338_0000007.pdf
- 305I-WF-4110338_0000009.pdf
- 305I-WF-4110338_00000010.pdf
- 305I-WF-4110338_0000010_1A0000006_0000001.pdf
- 305I-WF-4110338_0000010_1A0000006_0000002_PHYSICAL.pdf
- 305I-WF-4110338_0000011.pdf
- 305I-WF-4110338_0000011_1A0000007_0000001_PHYSICAL.pdf

- 305I-WF-4110338_0000011_1A0000007_0000002.pdf
- 305I-WF-4110338_0000011_1A0000007_0000003.pdf
- 305I-WF-4110338_0000011_1A0000007_0000004.pdf
- 305I-WF-4110338_0000012.pdf
- 305I-WF-4110338_0000013.pdf
- 305I-WF-4110338_0000014.pdf
- 305I-WF-4110338_0000015.pdf
- 305I-WF-4110338_0000016.pdf
- 305I-WF-4110338-BWC_0000001.pdf
- 305I-WF-4110338-BWC_0000002.pdf
- 305I-WF-4110338-BWC_0000003.pdf
- 305I-WF-4110338-BWC_0000004.pdf
- 305I-WF-4110338-BWC_0000005.pdf
- 305I-WF-4110338-BWC_0000006.pdf
- 305I-WF-4110338-BWC_0000007.pdf
- 305I-WF-4110338-BWC_0000008.pdf
- 305I-WF-4110338-BWC_0000009.pdf
- 305I-WF-4110338-BWC_00000010.pdf
- 305I-WF-4110338-BWC_00000011.pdf
- 305I-WF-4110338-BWC_00000012.pdf
- 305I-WF-4110338-SBP_0000001.pdf
- 305I-WF-4110338-SBP_0000001_1A0000001_0000001.pdf
- 305I-WF-4110338-SBP_0000001_1A0000001_0000002.zip
- 305I-WF-4110338-SBP_0000001_1A0000001_0000003.zip
- 305I-WF-4110338-SBP_0000002.pdf
- 305I-WF-4110338-SBP_0000002_1A0000002_0000001.doc

   I will continue to provide you with ongoing discovery as appropriate, and we will note in the defendant's file the date this discovery was sent to you.  The Government hereby requests reciprocal discovery pursuant to Rule 16(b)(1) of the Federal Rules of Criminal Procedure.

   Should you have any questions about these materials, please do not hesitate to contact me.

                     Sincerely,

                     */s/ Rachel Bohlen*
                     Rachel Bohlen
                     Assistant United States Attorney
                     Phone: (202) 809-3575
                     E-mail: Rachel.Bohlen@usdoj.gov